UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
George L. Russell, III
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

September 12, 2023

TO COUNSEL OF RECORD RE:   Sovitsky v. SOC LLC
Civil Action No. GLR-19-2281

Dear Counsel:

The Court has received correspondence from counsel concerning the June 6, 2023 filing by the United States of America (ECF No. 18). The Court granted the United States' proposed order on July 14, 2023. (ECF No. 19). That Order directed the Complaint to be unsealed and served on SOC LLC.

Within seven days of this Letter Order, the parties shall file a proposed scheduling order for the Court's approval, as well as a joint status report to address the following:

1. Whether the Complaint has been served on SOC LLC and if so, when service occurred;
2. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings;
3. Whether you would like to participate in a settlement conference either before or after the completion of discovery;
4. Whether discovery of electronically stored information is expected to be problematic;
5. Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;
6. The trial's likely duration.

The parties are not yet authorized to participate in discovery.

Very truly yours,

/s/

George L. Russell, III