IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* PAUL SOVITSKY,<br><br>       Plaintiff,<br><br>v.<br><br>SOC LLC,<br><br>       Defendant. | CASE NO. GLR-19-2281 |

## ORDER

In consideration of the parties' Joint Motion to Stay Proceedings Pending Mediation, the Court hereby ORDERS that:

1) All deadlines and proceedings in this matter are stayed while the parties mediate the dispute;

2) This matter shall be referred to mediation before a United States Magistrate Judge; and

3) The parties shall file a joint status report with the Court within 10 days from the conclusion of the mediation.

Dated: November 1, 2023

/s/
_____
George L. Russell, III
United States District Judge