IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* PAUL SOVITSKY,<br><br>    Plaintiff,<br><br>v.<br><br>SOC LLC,<br><br>    Defendant. | **CASE NO. GLR-19-2281** |

## ORDER

In consideration of the parties' Joint Post-Mediation Status Report, the Court hereby ORDERS the stay in this case is LIFTED, and the following briefing schedule shall apply to the Motion to Dismiss:

1. Defendant SOC LLC's Motion to Dismiss shall be filed by April 19, 2024;
2. Relator Paul Sovitsky's Opposition shall be filed by June 19, 2024; and
3. Defendant's Reply shall be filed by July 19, 2024.

Dated: February 22, 2024

                                                      /s/
                                      George Levi Russell, III
                                      United States District Judge