IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u> PAUL SOVITSKY, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. GLR-19-2281 |
| v. | * |
| SOC LLC, | * |
| Defendant. | |

\*\*\*

# **<u>ORDER</u>**

For the reasons stated in the foregoing Memorandum Opinion, it is this 8th day of April, 2025, by the United States District Court for the District of Maryland hereby:

ORDERED that Defendant SOC LLC's ("SOC") Motion to Dismiss Plaintiff-Relator Paul Sovitsky's Complaint, (ECF No. 46), is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that SOC's Motion is GRANTED to the extent it seeks dismissal of Count III of the Complaint;

IT IS FURTHER ORDERED that Count III of Plaintiff-Relator Paul Sovitsky's Complaint is DISMISSED;

IT IS FURTHER ORDERED that SOC's Motion is otherwise DENIED as to Counts I, II, and IV of the Complaint;

IT IS FURTHER ORDERED that SOC shall ANSWER the remaining counts of the Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court; and

IT IS FURTHER ORDERED that the clerk shall PROVIDE a copy of this Order to counsel of record.

                                                                                                    /s/_____
                                                            George L. Russell III
                                                            Chief United States District Judge